**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-6581

_____

MICHAEL WAYNE MOORE,

Plaintiff – Appellant,

v.

JAMES B. BENNETTE; GEORGE E. CURRIE; JOSEPH LIGHTSEY;
RICHARD T. JONES; TONIA RODGERS,

Defendants – Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge. (5:03-ct-00762-BO)

_____

Submitted: September 13, 2011      Decided: September 16, 2011

_____

Before AGEE, DAVIS, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael Wayne Moore, Appellant Pro Se.   Yvonne Bulluck Ricci,
Assistant  United  States  Attorney,  Raleigh,  North  Carolina;
Elizabeth Pharr McCullough, YOUNG, MOORE & HENDERSON, PA,
Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Wayne Moore appeals the district court's judgment granting Defendants' summary judgment motions on his 42 U.S.C. § 1983 (2006) claims against them and has moved for appointment of counsel. We have reviewed the record and find no reversible error. Accordingly, we deny Moore's motion for appointment of counsel and affirm the district court's judgment. See Moore v. Bennette, No. 5:03-ct-00762-BO (E.D.N.C. Mar. 24, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED